UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
         v.             )   MAGISTRATE NO. 04-M-0559-RBC
                              )
THOMAS B. ASELTINE        )

<u>MOTION TO WITHDRAW</u>

Undersigned counsel moves to withdraw from the above-captioned case.  As reason therefor, the Federal Defender Office has a conflict which prevents counsel from representing Mr. Aseltine.

/s/ Catherine K. Byrne

Catherine K. Byrne
  B.B.O. #543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061