UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.   ) | NO. 2004 M 0559 |
| ) | |
| THOMAS B. ASELTINE ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the defendant, Thomas B. Aseltine, in the above-captioned matter.

/s/Andrew M. D'Angelo

Andrew M. D'Angelo
B.B.O. # 564200
CARNEY & BASSIL
20 Park Plaza, Ste. 1405
Boston, MA 02116
617-338-5566
adangelo@CarneyBassil.com

Date: December 27, 2004