UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **05CR 10089 PBS** |
| | ) | |
| v. | ) | CRIMINAL NO. |
| | ) | |
| THOMAS B. ASELTINE | ) | |
| | ) | |

INFORMATION
COUNT ONE
(18 U.S.C. §844(f)(1))
(Arson on Federal Property)

The United States Attorney charges that:

On or about December 15, 2004, at Wellfleet, in the District of Massachusetts,

THOMAS B. ASELTINE,

defendant herein, did maliciously damage and attempt to damage or destroy, by means of fire, a building and other personal and real property in whole or in part owned and possessed by, or leased to, the United States, or any department or agency thereof or any institution or organization receiving Federal financial assistance.

All in violation of Title 18, United States Code, Section §844(f)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
John A. Capin
Assistant U.S. Attorney

JS 45 (5/97) - (Revised USAO MA 1/15/04)

05CR 10089 PBS

**Criminal Case Cover Sheet**            U.S. District Court - District of Massachusetts

**Place of Offense:** _____    Category No. _II_    **Investigating Agency** _ATF_

**City** _Wellfleet_      **Related Case Information:**

**County** _Barnstable_
- Superseding Ind./ Inf. _____    Case No. _____
- Same Defendant _____ New _____
- Magistrate Judge Case Number _04-mj-00559-RBC_
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _Thomas B. Aseltine_      Juvenile ☐ Yes ☒ No

Alias Name _____

Address _517 Ocean Street, Apartment 4, Hyannis, Massachusetts_

Birth date (Year only): _1982_   SSN (last 4 #): ____   Sex _M_   Race: ____   Nationality: _USA_

**Defense Counsel if known:** _Andrew D'Angelo_    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA _John A. Capin_    Bar Number if applicable _____

Interpreter: ☐ Yes ☐ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _12/22/04_

☒ Already in Federal Custody as _pretrial detainee_ in _Plymouth Cty HOC_
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☒ Complaint    ☒ Information    ☐ Indictment

Total # of Counts: ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: March 30, 2005    Signature of AUSA:

05cr10089PBS

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Thomas B. Aseltine

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 844(f)(1) | arson of federal property | I |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:** _____

JS45.wpd - 1/15/04 (USAO-MA)