UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO. 05-10089-PBS

v.

THOMAS ASELTINE

### NOTICE OF RESCHEDULED RULE 11 HEARING

SARIS, U.S.D.J.                                                                                           May 5, 2005

At the request of counsel, the Rule11 Hearing previously rescheduled to May 18, 2005, has been further **rescheduled** to **May 11, 2005, at 9:00 a.m.**

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc