UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 5/11/05
By _____

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 05-10089-PBS |
| ) | |
| THOMAS B. ASELTINE ) | |
| ) | |
| Defendant ) | |

WAIVER OF INDICTMENT

Defendant Thomas B. Aseltine, after having been advised of the nature of the felony charge in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
THOMAS B. ASELTINE

_____
Andrew M. D'Angelo, Esq.
Attorney for Defendant

Date: May 11, 2005