UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                                       )<br>)<br>THOMAS B. ASELTINE            )<br>) | NO. 05-10089-PBS |

## JOINT MOTION TO CONTINUE SENTENCING

The defendant and the United States jointly move to continue the sentencing of the defendant which is currently scheduled for August 11, 2005. In support of this motion, the parties state the following:

1. A probation interview of the defendant was conducted on August 21, 2005. Mr. Aseltine has a long history in the Department of Youth Services and the Department of Social Services. More time is needed to verify much of the information regarding Mr. Aseltine's background.

2. An agreement between Mr. Aseltine and the Barnstable District Attorney's Office and been entered into. However, Mr. Aseltine's co-defendant has a court date scheduled for the middle of September. It is expected that sometime shortly after that date, Mr. Aseltine will

plead guilty in the Barnstable Superior Court. That sentence is to be run concurrent with Mr. Aseltine's federal sentence.

3. It is important that Mr. Aseltine stay in the Massachusetts area until the time of his sentencing in Barnstable Superior Court. Therefore, it is essential that Mr. Aseltine's plea in Barnstable Superior Court take place a short time after his federal sentencing.

4. The parties jointly request that the defendant's sentencing take place any day during the weeks of September 19th or 26th.

WHEREFORE, the parties joint motion should be allowed.


/s/John Capin by Andrew D'Angelo        /s/Andrew M. D'Angelo

John Capin                              Andrew M. D'Angelo
Assistant U.S. Attorney                 B.B.O. # 564200
United States Courthouse                CARNEY & BASSIL
1 Courthouse Way                        20 Park Plaza, Ste. 1405
Boston, MA 02210                        Boston, MA 02116
617-748-3100                            617-338-5566


Date: July 13, 2005