UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                        ) | 05-10089-PBS |
| ) | |
| THOMAS B. ASELTINE        ) | |

**DEFENDANT'S OBJECTION TO RESTITUTION AMOUNTS**

The defendant, Thomas Aseltine, hereby objects to the restitution amounts referred to in the Pre-sentence Report as $45,000.00. In support of this objection, the defendant hereby states that the neither the government nor the probation department has submitted sufficient evidence to warrant the $45,000.00 restitution figure. Based on the evidence produced prior to the defendant's plea, the structure that was within the boundary of the Cape Cod National Sea Shore was a storage facility used by the National Park Service. The structure allegedly sustained structural, smoke, and water damage. The only justification for the $45,000.00 restitution amount was an estimate completed by William Cooper, of the Cape Cod National Sea Shore.

This estimate is insufficient for this Court to assess a $45,000.00 restitution amount to the defendant who is likely to spend the next seven to ten years in prison.

/s/Andrew M. D'Angelo

Andrew M. D'Angelo
B.B.O. # 564200
CARNEY & BASSIL
20 Park Plaza, Ste. 1405
Boston, MA 02116
617-338-5566
adangelo@CarneyBassil.com

Date:   September 21, 2005