UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 05-10089-PBS |
| v. | ) |
| | ) |
| THOMAS B. ASELTINE | ) |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO SUBMIT DOCUMENTATION REGARDING RESTITUTION**

The United States, with the assent of the defendant, hereby moves the Court to extend by two weeks, until November 4, 2005, the period within which the government may submit documentation regarding restitution in this case. As grounds, the government states as follows:

1. At the sentencing hearing in this case, held on September 21, 2005, the Court held the determination restitution in abeyance, pursuant to 18 U.S.C. §3664(d)(5), and instructed the government to submit documentation regarding restitution by October 21, 2005. At that hearing, the Court suggested that the government seek additional time to submit such documentation in the event the parties required additional time to ascertain the restitution due.[1]

2. Since the sentencing hearing, the government has obtained a detailed estimate of the cost to repair damage caused by the arson specified in the information to which the defendant pleaded guilty. The government has provided that estimate to the defense. The defendant requires additional time to review the estimate.

---

[1] Under 18 U.S.C. §3664(d)(5), the Court may make a final determination of the victim's losses up to 90 days after sentencing.

Wherefore, the government requests two additional weeks, until November 4, 2005, to submit documentation regarding restitution in this case.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:

                                        /s/ John A. Capin
                                        _____

                                        JOHN A. CAPIN
                                        Assistant U.S. Attorney
                                        (617) 748-3264